CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHe

JAN 29 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ARTHUR LEWIS,**<br>Petitioner, | Civil Action No. 7:15-cv-00004 |
| v. | **ORDER** |
| **THE COMMONWEALTH OF VIRGINIA,**<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED without prejudice**; the motion for leave to proceed in forma pauperis is **DENIED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 29th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge